THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN LEE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK N.A. and WELLS FARGO HOME MORTGAGE (a division of WELLS FARGO BANK, N.A.),<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00601-JLR<br><br>JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: April 27, 2023 |

Plaintiff Benjamin Lee and Defendant Wells Fargo Bank, N.A. (collectively, the "Parties"), by and through their undersigned counsel, respectfully request that this Court issue an Order granting Defendant a 30-day extension of time to answer or otherwise respond to Plaintiff's Complaint, until June 7, 2023.  This extension is necessary to permit the Parties time to meet and confer to discuss case resolution, and potentially avoid unnecessary motion practice and other filings.

/ / /

/ / /

/ / /

/ / /

JOINT MOTION TO EXTEND DEFENDANT'S
TIME TO RESPOND - 1
Case No. 2:23-cv-00601-JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD,

DATED April 27, 2023.

| K&L GATES LLP | LEE & LEE, PS |
|---|---|
| By: s/ Peter A. Talevich<br>    Peter A. Talevich, WSBA #42644<br>    Raina V. Wagner, WSBA #45701<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>Telephone: (206) 623-7580<br>Email: peter.talevich@klgates.com<br>Email: raina.wagner@klgates.com | By  s/ Bethany C. Mito (by email consent)<br>    Bethany C. Mito, WSBA#42918<br>3400 188th St. SW, Suite 440<br>Lynnwood, WA 98037<br><br>*Attorneys for Plaintiff* |

*Attorneys for Defendant Wells Fargo Bank, N.A.*

IT IS SO ORDERED.

DATED: this 28th day of April, 2023.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

JOINT MOTION TO EXTEND DEFENDANT'S
TIME TO RESPOND - 2
Case No. 2:23-cv-00601-JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022